AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:20cr78 |
| Malcolm McKinney | ) | FID: 11172430 |
| Defendant | ) | |

**ORIGINAL**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Malcolm McKinney,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Pretrial Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

T.18:1349-Conspiracy to Commit Bank Fraud/T.21:853(p) and T.18:982(a)(2)(A), et al (original offense)

Date: 03/28/2023

Issuing officer's signature: /s/ D. Brandt

City and state: Norfolk, Virginia

Robert J. Krask, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on (date) 3/29/23, and the person was arrested on (date) 8/1/23
at (city and state) SUFFOLK, VA.

Date: 8/2/23

*Arresting officer's signature*

TAVAREZ DUSM FOR DUSM MONTGOMERY
*Printed name and title*